UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:

WARREN D. TAYLOR
SUSAN K. TAYLOR

Debtors

CASE NO: 06-31557

(Chapter 13)

JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4019229**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 10 | CHARMING SHOPPES FASHION BUG<br>% FIRST EXPRESS<br>BOX 856021<br>LOUISVILLE, KY  40285 | 74.62 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/9/2010

Certificate of Service                06-31557

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

WARREN D. TAYLOR            KRISTIN RADWANICK            (10.1)
SUSAN K. TAYLOR             40 W FOURTH STREET           CHARMING SHOPPES FASHION BUG
516 EAST THIRD STREET       SUITE 525                    % FIRST EXPRESS
GREENVILLE, OH  45331       DAYTON, OH  45424            BOX 856021
                                                         LOUISVILLE, KY  40285

(21.1n)                     (22.1n)
HOUSEHOLD REALTY CORP       HOUSEHOLD REALTY CORP
961 WEIGLE DR               961 WEIGEL DRIVE
ELMHURST, IL  60126         BOX 8606
                            ELMHURST, IL  60126

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                sv