UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  WARREN D. TAYLOR<br>  SUSAN K. TAYLOR<br><br>                               Debtors | CASE NO: 06-31557<br>       (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4029271**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 5 | HFC<br>ATTN PAYMENT PROCESSING<br>1301 E TOWER RD<br>SCHAUMBURG, IL  60173 | 478.42 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/10/2010

Certificate of Service 06-31557

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| WARREN D. TAYLOR | KRISTIN RADWANICK | (5.1) |
| SUSAN K. TAYLOR | 40 W FOURTH STREET | HFC |
| 516 EAST THIRD STREET | SUITE 525 | ATTN PAYMENT PROCESSING |
| GREENVILLE, OH  45331 | DAYTON, OH  45424 | 1301 E TOWER RD |
|  |  | SCHAUMBURG, IL  60173 |

| (5.3) | (21.1n) | (22.1n) |
| HOUSEHOLD REALTY CORP | HOUSEHOLD REALTY CORP | HOUSEHOLD REALTY CORP |
| 961 WEIGEL DRIVE | 961 WEIGLE DR | 961 WEIGEL DRIVE |
| BOX 8606 | ELMHURST, IL  60126 | BOX 8606 |
| ELMHURST, IL  60126 |  | ELMHURST, IL  60126 |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv